UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Rosemary Elizabeth Anne McKenzie

Case No. 19-12390-PDR
Chapter 13

_____ Debtor _____ /

## DEBTOR'S RESPONSE TO RULE 3002.1 NOTICE ECF No.78
## IN RELATION TO CLAIM NO. 3

The Debtor(s), through the undersigned attorney, responds to U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES IV TRUST ("Secured Creditor") Notice of Payment Change effective **June 1, 2021**, as follows:

- ☐ Debtor objects to Secured Creditor's notice of payment change or notice of charge, fee or expense, and requests a hearing on this matter. Documentation supporting the payment change or charge, fee or expense was not attached to the notice. Accordingly, Debtor requests documentation substantiating said payment change within 14 days of the date of this response.

- ☐ Debtor objects to Secured Creditor's notice of payment change or notice of charge, fee or expense, and requests a hearing on this matter. [State reason(s):       .]

- ☐ Debtor does not object to Secured Creditor's notice of payment change and will propose a modified plan to provide for these fees and costs.

- ☒ Debtor does not object to Secured Creditor's notice of payment change. Due to the de minimis amount of the payment change, charge, fee or expense, Debtor will not propose a modified plan to provide for the payment of these de minimis fees and/or costs, and will instead address such fees and/or costs outside of the bankruptcy case. Debtor acknowledges that the chapter 13 trustee will not remit payment of the de minimis amount of the payment change, charge, fee or expense, and the de minimis amount of the payment change, charge, fee or expense is not subject to discharge unless paid in full by Debtor.

- ☐ Debtor and Secured Creditor are filing a Joint Motion to Abate 3002.1 Notice and Reconcile Annually, under Local Rule 3070-1(B)(7).

Dated: May 4, 2021

/s/Everett Algernon Smith
Everett Algernon Smith 0163333
Attorney for Debtor(s)
Address: P.O. Box 8487
         Pompano Beach, FL 33075

_Rosemary McKenzie_
Debtor

Phone: 954-693-3566
Fax:   954-475-2122
Email: esmith@everettsmithpa.com

_____
Joint Debtor

LF-48 (12/01/20)